Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glenda Edwards, | CASE NO.: 3:11-cv-01445-MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | ORDER VACATING CMC |
| Monterey, et. al., | |
| Defendants, | |

    Please take notice that the parties to the above entitled lawsuit have settled the matter in its entirety and anticipate filing a stipulation for dismissal within thirty (30) days.

DATED: June 27, 2011   LEMBERG & ASSOCIATES, LLC

By:   /s/   *Lara R. Shapiro*

Lara R. Shapiro, of counsel

Attorney for Plaintiff, Glenda Edwards

The July 7, 2011 Case Management Conference is VACATED.

Dated: June 27, 2011

