1  LARA R. SHAPIRO (State Bar No. 227194)
2  4145 Via Marina # 324
   Marina del Rey, CA 90292
3  Telephone:  (310) 577-0870
4  Facsimile:  (424) 228-5351

5  *Of Counsel to*
6  Lemberg & Associates LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424

10
   Attorneys for Plaintiff,
11  Glenda Edwards

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16
   Glenda Edwards,                     Case No.: 3:11-cv-01445-MEJ
17
18              Plaintiff,
19       vs.                           **VOLUNTARY WITHDRAWAL**
20
   Monterey Financial Services, Inc.; and
21  DOES 1-10, inclusive,
22
                Defendants.
23

24

25

26

27

28

**NOTICE OF WITHDRAWAL OF COMPLAINT AND
VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Glenda Edwards ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff
 */s/ Lara Shapiro*

LARA SHAPIRO
Attorney for Plaintiff

IT IS SO ORDERED:
 July 13, 2011
_____

Honorable _____



2

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On July 12, 2011, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

**BY ELECTRONIC FILING:** I hereby certify that on July 12, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Monterey Financial Services, Inc.          **Attorney for Defendants Monterey**
4095 Avenida De La Plata                    **Financial Services, Inc.**
Oceanside, CA 92056
Tel.:
Fax:
Email:

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

3

1

2

3

      I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

4

      Executed on July 12, 2011.

5

6

7

                   */s/ Lara Shapiro*
                   LARA SHAPIRO
                   Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VOLUNTARY WITHDRAWAL